# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Michelle Mendoza                                   Docket No. 04-00043-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michelle Mendoza, who was placed on supervision by the Honorable Maurice B. Cohill sitting in the Court at Pittsburgh, Pennsylvania, on the 20th day of June 2005, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed the following conditions:

- The defendant shall pay a special assessment of $100.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.
- The defendant shall provide the probation officer with any requested financial information.
- The defendant is prohibited from incurring new credit or opening additional lines of credit without the approval of the probation officer.
- The defendant shall pay restitution to various victims in the amount of $7,685, to be paid at a rate of 10 percent of her gross monthly income.

06-20-05:   Mail Fraud; 12 months and 1 day of imprisonment, followed by 3 years' supervised release.
07-24-06:   Released from imprisonment; Currently supervised by U.S. Probation Officer Romona Clark.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant does not appear to have the ability to pay restitution as ordered. Based on financial information submitted by the defendant, it appears appropriate to modify the monthly restitution payment schedule.

PRAYING THAT THE COURT WILL ORDER the defendant to pay restitution at a rate of 10 percent of her net monthly income or in any event, a nominal monthly amount of $25.

ORDER OF COURT

Considered and ordered this _____ day of _____, 20____ and ordered filed and made a part of the records in the above case.

_____
Maurice B. Cohill
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 15, 2008

_____
Romona Clark
U.S. Probation Officer

_____
Paul J. Dipponio
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania

2008 APR 18 AM 8:55
CLERK
U S DISTRICT COURT